# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 126 MAL 2020

           Respondent                :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

          v.                       :

                                  :

DERRICK HOWARD BURNSIDE,            :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.